No. 95–8232. NUNEZ *v.* COSTELLO, SUPERINTENDENT, MID-STATE CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–8233. LANCOUR *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8236. JONES *v.* WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 95–8239. SPRANKLE *v.* SPRANKLE. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 95–8240. JOHNSON-BEY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8243. BELL *v.* BROOKSHIRE, SHERIFF, ECTOR COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8247. CRAIG *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 95–8249. ROBERSON *v.* SUAREZ CORP. ET AL. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 95–8252. BROWN *v.* UNITED STATES CONGRESS ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8254. TAFOYA *v.* ZAVARAS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8255. THOMPSON *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–8256. TEDDER ET VIR *v.* PACE ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8259. OLENICK *v.* NEW YORK TELEPHONE ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–8260. PASTER *v.* TENSAS BASIN LEVEE DISTRICT. Ct. App. La., 1st Cir. Certiorari denied.